**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____     Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **HED Products, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **PDBA  HYPE Products, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-3951384<br>46-3957107<br>46-3965841 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **118 N. Peters Rd. #132**<br>**Knoxville, TN 37923**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Knox**<br>County | **Location of principal assets, if different from principal place of business**<br>**Assets primarily held by 3rd  parties (See Schedules)**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| | |
|---|---|
| Debtor | **HED Products, LLC** |
| | Name |

Case number (*if known*) _____

---

**7.**  **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4244__

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | **HED Products, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____

  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

  Contact name  _____

  Phone  _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **HED Products, LLC**                                                    Case number (*if known*) _____
_____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  9, 2019**
                     _____
                     MM / DD / YYYY

**X** **/s/ Kevin McCready**                                    **Kevin McCready**
_____           _____
Signature of authorized representative of debtor              Printed name

Title   **Corporate Secretary**
       _____

**18. Signature of attorney**

**X** **/s/ Ryan E. Jarrard**                          Date   **March  9, 2019**
_____                       _____
Signature of attorney for debtor                              MM / DD / YYYY

**Ryan E. Jarrard 024525**
_____
Printed name

**Quist, Fitzpatrick & Jarrard, PLLC**
_____
Firm name

**2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(865) 524-1873**          Email address   **rej@qcflaw.com**
               _____                   _____

**024525 TN**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **HED Products, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  9, 2019**        X */s/ Kevin McCready*
                                          Signature of individual signing on behalf of debtor

                                          **Kevin McCready**
                                          Printed name

                                          **Corporate Secretary**
                                          Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   **HED Products, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

---

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................    $ _____**0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...........................................................................    $ _____**515,547.09**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................................    $ _____**515,547.09**

---

**Part 2:**   **Summary of Liabilities**

---

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ \_\_\_\_**12,278,354.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................  $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$ \_\_\_\_**2,422,314.80**

4.   **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b                       $ **14,700,668.80**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **HED Products, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. **BB&T** | **Checking** | 6486 | **$65,488.05** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$65,488.05**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    78,722.04    -    0.00    = ....    **$78,722.04**
     face amount    doubtful or uncollectible accounts

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **HED Products, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | 7,123.00 | - | 0.00 | =.... | $7,123.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $85,845.04 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Canned beverages - perishable Liquidator offer: 23,000.00** | unknown | $350,200.00 | cost + freight | $350,200.00 |
| 22. **Other inventory or supplies Mechandising items** | | $14,000.00 | | $14,000.00 |

| 23. | **Total of Part 5.** | $364,200.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

| 24. | **Is any of the property listed in Part 5 perishable?** |
|---|---|

☑ No
☐ Yes

| 25. | **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?** |
|---|---|

☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

| 26. | **Has any of the property listed in Part 5 been appraised by a professional within the last year?** |
|---|---|

☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2 |
|---|---|---|

| Debtor | **HED Products, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Kyocera TA3051 copier, Kyocera TA2551 copier, iPhones** | **Unknown** | | **$14.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | **$14.00** |
|---|---|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **#46 Spare truck body** | **$13,400.00** | | **Unknown** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **HED Products, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $0.00 |
|---|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites (Pledged by contract to HMM) usahype.com hypeenergy.us ushype.info ushype.com hypeenergyusa.com hypenation.com hype-studios.com hypestudi0.com hype-studio.com** | $0.00 | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property Trademark, License and Distribution Agreement 12.24.2013 HMM International DMCC and HYPE-IP, Ltd.** | $0.00 | | $0.00 |
| **65.** **Goodwill 2013 Asset Acquisition Goodwill** | $31,500.00 | | $0.00 |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 4

| Debtor | **HED Products, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| **71.** **Notes receivable**<br>Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **HMM International DMCC** | **$0.00** |
| Nature of claim | **Interference with rights under TLDA** |
| Amount requested | **$50,000,000.00** |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | **$0.00** |
|---|---|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor   **HED Products, LLC**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $65,488.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $85,845.04 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $364,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $515,547.09 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $515,547.09 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **HED Products, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF TENNESSEE

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Starboard Florida XI, LLC**<br><br>Creditor's Name<br><br>**118 N. Peters Rd. #132**<br>**Knoxville, TN 37923**<br><br>Creditor's mailing address<br><br>**notices@helo.com**<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2013 - April 12, 2018**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an**<br>**interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | Describe debtor's property that is subject to a lien<br>**Per UCC Filing**<br><br><br>Describe the lien<br>**Promissory Note**<br>**Is the creditor an insider or related party?**<br>☐ No<br>■ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,278,354.00 | $0.00 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $12,278,354.<br>00 |
|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **HED Products, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,996.83** |
|---|---|---|---|
| | **7 Eleven Inc** | ☐ Contingent | |
| | **3200 Hackberry Road** | ☐ Unliquidated | |
| | **Irving, TX 75063** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,667.76** |
|---|---|---|---|
| | **Adams Beverages, Inc.** | ☐ Contingent | |
| | **508 Walker Street** | ☐ Unliquidated | |
| | **Opelika, AL 36801** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.69** |
|---|---|---|---|
| | **Allen Distribution** | ☐ Contingent | |
| | **PO Box 62** | ☐ Unliquidated | |
| | **Plainfield, PA 17081** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,114.83** |
|---|---|---|---|
| | **Aries Global Logistics** | ☐ Contingent | |
| | **365 Franklin Ave** | ☐ Unliquidated | |
| | **Plainfield, PA 17081** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **HED Products, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$361.70** |
|---|---|---|---|

**BAMA Budweiser of Montgomery**
**1700 Emory Folmar Blvd.**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,458.50** |
|---|---|---|---|

**Bama Budweiser of Shelby County**

**Harpersville, AL 35078**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**Block One Technologies**
**420 Linden St.**
**Fort Collins, CO 80524**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,346.00** |
|---|---|---|---|

**Bradford Global Logistics**
**720 North Post Oak Rd., Ste. 430**
**Houston, TX 77024**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.00** |
|---|---|---|---|

**Bud of Chattanooga**
**200 Shearer St.**
**Soddy Daisy, TN 37379**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Bud of Cookeville**
**3353 A Enterprise Drive**
**Cookeville, TN 38502**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Bud of Hopkinsville**
**307 Sequoya Dr.**
**Hopkinsville, KY 42240**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | **HED Products, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|
| | **Convienient Care Plus**<br>**17445 Arbor Streer**<br>**Omaha, NE 68130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,196.00** |
|---|---|---|---|
| | **Cousins Logistics**<br>**P.O. Box 150305**<br>**Ogden, UT 84415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$843.71** |
|---|---|---|---|
| | **Cumberland Gap Distributors**<br>**1324 Cumberland Avenue**<br>**Middlesboro, KY 40965** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,622.00** |
|---|---|---|---|
| | **Diverisfied Contractors**<br>**3350 Ball St.**<br>**Birmingham, AL 35234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,961.60** |
|---|---|---|---|
| | **Diversified Label**<br><br>**Birmingham, AL 35211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$668.80** |
|---|---|---|---|
| | **Ez Stop Food Marts**<br>**Dept Ch. PO Box 10306**<br>**Maryville, TN 37802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,110.41** |
|---|---|---|---|
| | **FedEx Freight Department CH**<br>**P.O. Box 10306**<br>**Palatine, IL 60055-0306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **HED Products, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,110.41** |
|---|---|---|---|

**FedEx Freight Department CH**
**P.O. Box 10306**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$616.68** |
|---|---|---|---|

**Gate Petroleum Company**
**9540 San jose Blvd**
**Jacksonville, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,559.50** |
|---|---|---|---|

**Goggin Warehousing**
**P.O. Box 2153**
**Shelbyville, TN 37162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$418.98** |
|---|---|---|---|

**Graphic Creations**

**Knoxville, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126,600.00** |
|---|---|---|---|

**HMM Int'l DMCC**
**P.O. Box 448154**
**UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2018 - present**

Basis for the claim:  **Royalties - $15,825/mo.**

Last 4 digits of account number  **??**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,427.29** |
|---|---|---|---|

**HMM Int'l DMCC**
**P.O. Box 448154**
**UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,446.02** |
|---|---|---|---|

**Hollingworth Oil Company**
**1503 Memorial Blvd.**
**Springfield, TN 37172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HED Products, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,198.09** |
|---|---|---|---|

**Horizon 7 Eleven Locations**

**Dallas, TX 75320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**HT Hackney Company**
**PO Box 489**
**Lenoir City, TN 37771**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,623.04** |
|---|---|---|---|

**Jack Hilliard Distributing**
**1000 Independence**
**Bryan, TX 77803**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,416.00** |
|---|---|---|---|

**Jams, Inc.**
**PO Box 845402**
**Los Angeles, CA 90084**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$259.61** |
|---|---|---|---|

**John Jansheski**
**118 N. Peters Rd., #132**
**Knoxville, TN 37923**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **March 2019**

Basis for the claim:  **Unpaid Wages**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,285.38** |
|---|---|---|---|

**Kenjo Markets Inc.**
**PO Box 4848**
**Maryville, TN 37802**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$934.68** |
|---|---|---|---|

**Keystone Solutions**
**3855 Ocoee St. N Floor 4**
**Knoxville, TN 37912**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **HED Products, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,969.26** |
|---|---|---|---|

**Mapco Express Inc.**
**801 Cresent Centre Suite 300**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,910.10** |
|---|---|---|---|

**Masterpiece International**
**39 Broadway Suite 1410**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$398,653.18** |
|---|---|---|---|

**Moses & Singer, LLP**
**405 Lexington Ave.**
**New York, NY 10174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190.36** |
|---|---|---|---|

**National Custom Printing**
**PO Box 24242**
**Knoxville, TN 37933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,250.00** |
|---|---|---|---|

**Newcomb Oil Co.**
**951 Withrow Ct.**
**Bardstown, KY 40004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330.38** |
|---|---|---|---|

**North Georgia Distributing**
**3 Villa Drive**
**Rome, GA 30165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$923.66** |
|---|---|---|---|

**Pilot Travel Centers**
**P.O. Box 10146**
**Knoxville, TN 37939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Oct. - Dec. 2018

Last 4 digits of account number  RIFY

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **HED Products, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,392.50** |
|---|---|---|---|
| | **Pilot Travel Centers**<br>**P.O. Box 10146**<br>**Knoxville, TN 37939** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$835.63** |
|---|---|---|---|
| | **Pinpoint Warehousing Inc.**<br>**701 Lawton Rd.**<br>**Charlotte, NC 28216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,700.03** |
|---|---|---|---|
| | **Regal Logistics**<br>**6500 26th Street East**<br>**Fife, WA 98424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,392.22** |
|---|---|---|---|
| | **Saia Motor Freight Line**<br>**11465 Johns Creek Parkway Suite 400**<br>**Duluth, GA 30097** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,527,841.20** |
|---|---|---|---|
| | **Starboard Florida XI, LLC**<br>**118 N. Peters Rd. #132**<br>**Knoxville, TN 37923** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  April 2014 - Dec. 2018** | **Basis for the claim:  Promissory Note #2** | |
| | **Last 4 digits of account number  ??** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,261.83** |
|---|---|---|---|
| | **Starboard Florida XI, LLC**<br>**118 N. Peters Rd. #132**<br>**Knoxville, TN 37923** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Sudden Service** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  January 2019** | **Basis for the claim:  Trade Debt | NOTE: "SEE AP TRAIL BALANCE"** | |
| | **Last 4 digits of account number  0000** | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **HED Products, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,320.00 |
|---|---|---|---|

**Syspro Software USA**
**959 South Coast Drive**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |
|---|---|---|---|

**Tarver Distributing Co., Inc.**
**8360 Hiawassee St.**
**Charleston, TN 37310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**TCM Bank, N.A.**
**P.O. Box 31418**
**Tampa, FL 33631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Jan-Feb 2019**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **6626**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.75 |
|---|---|---|---|

**Thortons Inc.**
**2600 James Thornton Way**
**Louisville, KY 40245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,932.19 |
|---|---|---|---|

**Travelers**
**PO Box 660317**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,191.91 |
|---|---|---|---|

**Tri-Star Energy, LLC**
**1740 Ed Temple Blvd**
**Nashville, TN 37208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,060.40 |
|---|---|---|---|

**TSG Reporting, Inc.**
**PO Box 95568**
**Grapevine, TX 76099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HED Products, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.00 |
|---|---|---|---|

**Vermonr Information Processing**
**402 Watertower Circle**
**Colchester, VT 05446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717.43 |
|---|---|---|---|

**Visa**
**Card Member Services**
**PO Box 6354**
**Fargo, ND 58125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.60 |
|---|---|---|---|

**WCS Logistics**
**605 North Loudon St.**
**Winchester, VA 22604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,070.28 |
|---|---|---|---|

**Weigels Stores, Inc.**
**PO Box 650**
**Powell, TN 37849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,511.12 |
|---|---|---|---|

**Wex Bank Fleet Advantage**
**P.O. Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Oct. - Dec. 2018

Basis for the claim:  Credit card purchases

Last 4 digits of account number  3072

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,511.12 |
|---|---|---|---|

**Wex Bank Fleet Advantage**
**P.O. Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.14 |
|---|---|---|---|

**Woodica-Devine**
**25625 Southfield Rd.**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  February 2019

Basis for the claim:  Commission

Last 4 digits of account number  ??

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **HED Products, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**  Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,422,314.80** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,422,314.80** |

**Fill in this information to identify the case:**

Debtor name      **HED Products, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Credit card merchant account** |
| State the term remaining | **Unknown** |
| List the contract number of any government contract | **BB&T Bank**<br>**P.O. Box 200**<br>**Wilson, NC 27894** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Accounting system subscription** |
| State the term remaining | **Month-to-month** |
| List the contract number of any government contract | **Block One Technologies**<br>**420 Linden St.**<br>**Fort Collins, CO 80524** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Health Insurance** |
| State the term remaining | **Month-to-month** |
| List the contract number of any government contract | **BlueCross BlueShield of Tennessee**<br>**1 Cameron Hill Circle**<br>**Chattanooga, TN 37402-0001** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **EE benefits** |
| State the term remaining | **Month-to-month** |
| List the contract number of any government contract | **BlueCross BlueShield of Tennessee**<br>**1 Cameron Hill Circle**<br>**Chattanooga, TN 37402-0001** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1   **HED Products, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　　　　　Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **3rd party warehousing beverage inventory** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Bradford Global Logistics** |
| | List the contract number of any government contract | _____ | **720 North Post Oak Rd., Ste. 430 Houston, TX 77024** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution agreement** | |
|---|---|---|---|
| | State the term remaining | **??** | **Bud of Chattanooga** |
| | List the contract number of any government contract | _____ | **200 Shearer St. Soddy Daisy, TN 37379** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution agreement** | |
|---|---|---|---|
| | State the term remaining | **??** | **Bud of Clarksville** |
| | List the contract number of any government contract | _____ | **2059 Wilma Rudolph Blvd. Clarksville, TN 37040** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution agreement** | |
|---|---|---|---|
| | State the term remaining | **??** | **Bud of Cookeville** |
| | List the contract number of any government contract | _____ | **3353 A Enterprise Drive Cookeville, TN 38502** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution agreement** | |
|---|---|---|---|
| | State the term remaining | **??** | **Bud of Hopkinsville** |
| | List the contract number of any government contract | _____ | **307 Sequoya Dr. Hopkinsville, KY 42240** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment service contract (Photocopier)** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Business Machines Company P.O. Box 51783 Knoxville, TN 37950** |
| | List the contract number of any | | |

Debtor 1   **HED Products, LLC**

First Name          Middle Name          Last Name          Case number (*if known*)

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
|  | government contract |  |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution agreement** |
|  | State the term remaining | **??** |
|  | List the contract number of any government contract |  |

**Cumberland Gap Distributors
1324 Cumberland Avenue
Middlesboro, KY 40965**

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **3rd party warehousing beverage inventory** |
|---|---|---|
|  | State the term remaining | **Month-to-month** |
|  | List the contract number of any government contract |  |

**Goggin Warehousing
P.O. Box 2153
Shelbyville, TN 37162**

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Phone services** |
|---|---|---|
|  | State the term remaining | **Month-to-month** |
|  | List the contract number of any government contract |  |

**Keystone Solutions
3855 Ocoee St. N Floor 4
Knoxville, TN 37912**

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Employee leasing/payroll** |
|---|---|---|
|  | State the term remaining | **??** |
|  | List the contract number of any government contract |  |

**Oasis Outsourcing
2054 Vista Parkway, Ste. 300
West Palm Beach, FL 33411**

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **3rd party warehousing beverage inventory** |
|---|---|---|
|  | State the term remaining | **Month-to-month** |
|  | List the contract number of any government contract |  |

**Regal Logistics
6500 26th Street East
Fife, WA 98424**

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting system subscription** |
|---|---|---|

**Syspro Software USA
959 South Coast Drive
Costa Mesa, CA 92626**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **HED Products, LLC**
_____
First Name      Middle Name      Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Month-to-month** |  |
| List the contract number of any government contract | _____ |  |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution agreement** |  |
|---|---|---|---|
|  | State the term remaining | **??** | **Tarver Distributing Co., Inc.** |
|  | List the contract number of any government contract | _____ | **8360 Hiawassee St.**<br>**Charleston, TN 37310** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance - various policies** |  |
|---|---|---|---|
|  | State the term remaining | **03.07.2020** | **TIS Insurance Services, Inc.** |
|  | List the contract number of any government contract | _____ | **1900 N. Winston Rd., Ste. 100**<br>**Knoxville, TN 37919** |

**Fill in this information to identify the case:**

Debtor name   **HED Products, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street _____ City          State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | _____ Street _____ City          State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | _____ Street _____ City          State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | _____ Street _____ City          State     Zip Code | _____ | ☐ D ☐ E/F ☐ G |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **HED Products, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | **$144,824.00** |
| **For prior year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$2,468,065.00** |
| **For year before that:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$1,400,218.00** |
| **For the fiscal year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$718,996.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **HED Products, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Goggin Warehousing** P.O. Box 2153 Shelbyville, TN 37162 | 12.19.2018 01.09.2019 01.24.2019 03.04.2019 | **$15,625.50** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Howard & Howard PC** 4820 Old Kingston Pike Knoxville, TN 37919 | 01.09.2019 01.16.2019 03.04.2019 03.07.2019 | **$21,648.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Starboard Advisors, LLC** | 12.19.2018 01.22.2019 02.22.2019 02.25.2019 | **$36,250.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Starboard Florida XII, LLC** 118 N. Peters Rd. #132 Knoxville, TN 37923 | 12.31.2018 01.16.2019 01.22.2019 02.25.2019 | **$228,540.07** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Interest and loan payments** |
| 3.5. **K. Ray Pinkstaff** | 01.09.2019 03.07.2019 | **$9,215.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **John Jansheski** 118 N. Peters Rd., #132 Knoxville, TN 37923 CEO | 03.11.2018 - 03.09.2019 | **$11,106.00** | **Wages** |
| 4.2. **Starboard Advisors** 118 N. Peters Road Knoxville, TN 37923 | March 2018 - February 2019 | **$120,406.00** | **Rent & management fee** |

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page **2**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **HED Products, LLC**                                             Case number *(if known)*

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.  **Starboard Florida XII, LLC**<br>**118 N. Peters Rd. #132**<br>**Knoxville, TN 37923** | **December 2018 - February 2019** | **$228,540.00** | **Promissory Notes** |
| 4.4.  **Lex Shankle**<br>**6694 Morganten Rd.**<br>**Greenback, TN 37742**<br>**President** | **03.11.2018 - February 2019** | **$153,076.00** | **Wages** |
| 4.5.  **HMM Int'l DMCC**<br>**P.O. Box 448154**<br>**UAE** | **03.14.2018 - November 2018** | **$601,382.00** | **Inventory, roaylaties, reimbursements** |
| 4.6.  **Michael Jansheski**<br>**444 Imington Ave. #218**<br>**Nashville, TN 37205**<br>**Son of CEO** | **March 2018 - February 2019** | **$43,388.00** | **Wages + expenses** |
| 4.7.  **Sloan Jansheski**<br>**444 Elmington Ave. #92-**<br>**Nashville, TN 37205**<br>**Daughter of CEO** | **March 2018 - February 2019** | **$21,271.00** | **Wages + expenses** |
| 4.8.  **Jessica Koiner**<br>**515 Arbor Ridge Dr.**<br>**Antioch, TN 37013**<br>**Sister of President** | **March 2018 - February 2019** | **$42,424.00** | **Wages + expenses** |
| 4.9.  **Tim McCready**<br>**7131 Aghlerton Dr.**<br>**Knoxville, TN 37923**<br>**Son of Secretary** | **March 2018 - February 2019** | **$10,002.00** | **Wages + expenses** |

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Yang Ming America Corp.**<br>**1085 Raymond Blvd. 9th Floor**<br>**Newark, NJ 07102** | **Canned beverages** | **January 30, 2019** | **$66,353.00** |
| **HMM Int'l DMCC**<br>**P.O. Box 448154**<br>**UAE** | **Canned beverages (container)** | **January 2019** | **$14,839.00** |
| **HMM Int'l DMCC**<br>**P.O. Box 448154**<br>**UAE** | **Canned beverages (unshipped finished goods)** | **??** | **$12,748.00** |

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **HED Products, LLC**                                                    Case number *(if known)*

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **MAPCO**<br>**7102 Commerce Way**<br>**Brentwood, TN 37027** | **Unpaid A/R**<br>Last 4 digits of account number: __??__ | **January 2019** | **$8,457.50** |
| **Weigels**<br>**3100 Weigels Lane**<br>**Powell, TN 37849** | **Unpaid A/R**<br>Last 4 digits of account number: __??__ | **January 2019** | **$5,499.79** |

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **HED Products, LLC v. HMM Int'l DMCC**<br>**??** | **Arbitration of Distribution Agreement** | **JAMS**<br>**620 Eighth Ave.**<br>**NY Times Building 34th Floor**<br>**New York, NY 10018** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Bama Budweiser of Shelby County v. HED products, LLC**<br>**??** | **Contract (breach)** | **JAMS**<br>**One Atlantic Center**<br>**1201 West Peachtree, NW**<br>**Atlanta, GA 30309** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **Food City Charitable Foundation**<br>**P.O. Box 1158**<br>**Abingdon, VA 24212** | **Cash - golf tournament sponsorships** | **Oct. 2017,**<br>**March 2018,**<br>**May 2018** | **$3,500.00** |
| **Recipients relationship to debtor** | | | |

Debtor   **HED Products, LLC**                                        Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | **Kenjo Foundation** <br> **P.O. Box 4848** <br> **Maryville, TN 37802** | **Cash - sporting clays sponsorship** | **February 2018, May 2018** | **$1,750.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Landmark Charities** <br> **11111 Wilcrest Green Dr., Ste. 100** <br> **Houston, TX 77042** | **Cash - ??** | **Oct. 2017, March 2018** | **$3,200.00** |
| | Recipients relationship to debtor | | | |
| 9.4. | **Community Foundation of Middle Tennessee** <br> **P.O. Box 440225** <br> **Nashville, TN 37244** | **Cash - golf tournament sponsorship** | **September 2017, Oct. 2018** | **$5,500.00** |
| | Recipients relationship to debtor | | | |
| 9.5. | **The University of Tennessee Foundation** <br> **??** | **Cash - ??** | **April 2017** | **$9,100.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Vehicle - collision** <br> **Insurance (total loss)** <br> **Claim #FCE7671** | **27,996.00** | **01.09.2018** | **$27,996.00** |
| **Canned beverages** <br> **Insurance (damaged in-transit)** <br> **Insurance Claim #DHX3624** | **13,220.00** | **July 2018** | **$13,220.00** |
| **Vehicle - collision** <br> **Insurance (total loss)** <br> **Claim #FBZ5315** | **68,071.00** | **11.15.2018** | **$68,071.00** |
| **Canned beverages** <br> **Insurance (damaged in collision)** <br> **Claim #BMM2952** | **1,735.00** | **11.15.2018** | **$1,735.00** |

Debtor    **HED Products, LLC**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Vehicle - collision**<br>**No insurance $(damages = deductible)**<br>**Claim FBZ5614** | **1,091.00** | **12.04.2018** | **$1,091.00** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Howard & Howard, P.C.**<br>**4820 Old Kingston Pike**<br>**Knoxville, TN 37919** | | **01.16.2019** | **$1,428.00** |
| | **Email or website address**<br>**https://www.howardhowardlaw.com/** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Hodges, Doughty & Carson, PLLC**<br>**617 W Main St.**<br>**Knoxville, TN 37902** | | **02.01.2019** | **$1,820.00** |
| | **Email or website address**<br>**https://www.hdclaw.com/** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **K. Ray Pinkstaff, P.C.**<br>**8858 Cedar Springs Ln.**<br>**Knoxville, TN 37923** | | **March 2019** | **$4,350.00** |
| | **Email or website address**<br>**https://www.pshcpas.com/** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor  **HED Products, LLC** _____ Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.4.  **Quist, Fitzpatrick & Jarrard, PLLC** **2121 First Tennessee Plaza** **Knoxville, TN 37929** | | **February 2019** | **$4,000.00** |
| Email or website address **rej@qcflaw.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **307 Excellence Way** **Maryville, TN 37801** | **November 2016 - December 2018** |
| 14.2.  **2112 Cumberland Avenue** **Knoxville, TN 37916** | **2014 - October 2016** |

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | **HED Products, LLC** | Case number *(if known)* |
|---|---|---|

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **BB&T**<br>**216 Foothills Dr**<br>**Maryville, TN 37801** | **XXXX-8024** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02.08.2019** | **$15.00** |
| 18.2. | **First Bank**<br>**520 W. Summit Hill Dr.**<br>**Knoxville, TN 37902** | **XXXX-5440** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **02.14.2019** | **$258.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **HED Products, LLC**                                          Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Goggin Warehousing**<br>**2699 Highwood Blvd.**<br>**Smyrna, TN 37167** | **Clark Sampson, Manager**<br>**615.462.0187**<br>**csampson@gogginwarehousing.com** | **Beverages & merchandising items** | ☐ **No**<br>■ **Yes** |
| **Bradford Global Logistics**<br>**c/o Albert Terminal Warehouse, Inc.**<br>**1200 Breedlove St.**<br>**Memphis, TN 38107** | **Kirk Williams, Director**<br>**281.220.8810**<br>**kwilliams@bradford-corp.com** | **Beverages & merchandising items** | ☐ **No**<br>■ **Yes** |
| **Regal Logistics**<br>**1980 Technology Dr.**<br>**Charleston, SC 29492** | **Stewart Crowe, Manager**<br>**253.719.3038**<br>**Stuart.Crowe@regallogistics.com** | **Beverages & merchandising items** | ☐ **No**<br>■ **Yes** |
| **HMM Poland**<br>**Jumeirah Lakes Tower**<br>**601 JBC 2 Tower**<br>**P.O. Box 488154**<br>**Dubai UAE** | **Magalie DeBergh**<br>**34+663959527**<br>**magalie@hype.com** | **Drinks inventory** | ☐ **No**<br>■ **Yes** |
| **Hype Energy**<br>**225 NW 25th Street**<br>**Miami, FL 33127-4329** | **Kevin McCready**<br>**865.342.7555**<br>**kevin@ushype.com** | **Photocopier** | ☐ **No**<br>■ **Yes** |
| **Hype Products, LLC**<br>**2112 Cumberland Ave.**<br>**Knoxville, TN 37916** | **Kevin McCready**<br>**865.342.7555**<br>**kevin@ushype.com** | **Books & records, photocopier, iPhones** | ☐ **No**<br>■ **Yes** |
| **Hype Products, LLC**<br>**307 Excellence Way**<br>**Maryville, TN 37801** | **Kevin McCready**<br>**865.342.7555**<br>**kevin@ushype.com** | **Closed 12.31.2018** | ■ **No**<br>☐ **Yes** |
| **Specialized Warehouse Services, Inc.**<br>**701 Lawton Rd.**<br>**Charlotte, NC 28126** | **Patrick Elder**<br>**704.394.5121**<br>**patrickelder@swsnc.com** | **Closed 10.31.2018** | ■ **No**<br>☐ **Yes** |
| **Integra Logistics Services, LLC**<br>**4741 World Houston Parkway, Ste. 150**<br>**Houston, TX 77032** | **Kirk Williams**<br>**281.220.8800**<br>**kwilliams@bradford-corp.com** | **Closed 10.31.2018** | ■ **No**<br>☐ **Yes** |
| **HED Products**<br>**c/o Allen Distribution**<br>**1700 Shearer Drive, Bldg. #12**<br>**Carlisle, PA 17013** | **Andrew Crider**<br>**717.254.4190 ext. 1205**<br>**Acrider@allendistribution.com** | **Closed 07.06.2018** | ■ **No**<br>☐ **Yes** |
| **HED Products**<br>**c/o Diversified Contractors**<br>**9310 Madison Blvd., Ste. 1**<br>**Madison, AL 35758** | **Scott McDonald**<br>**256.772.4091**<br>**scott.mcdonald@dcial.com** | **Closed 01.18.2019** | ■ **No**<br>☐ **Yes** |
| **HED Products**<br>**c/o Cockrell Logistics**<br>**5800 S. Laburnum Ave.**<br>**Richmond, VA 23231** | **Bill Jones**<br>**804.226.1502**<br>**info@clsrva.com** | **Closed 06.19.2018** | ■ **No**<br>☐ **Yes** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **HED Products, LLC** _____     Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **HED Products c/o Allen Distribution 4647 Logistics Drive, Ste. 200 Stockton, CA 95215** | **Chuck McCreary 209.644.2297 CMcCreary@allendistribu tion.com** | **Closed 01.02.2019** | ■ No ☐ Yes |
| **HED Products c/o Lloyd A. Gray - Bradford 5132 Shawland Rd. Jacksonville, FL 32254** | **Kirk Williams 281.220.8800 kwilliams@bradford-corp .com** | **Closed 06.07.2018** | ■ No ☐ Yes |
| **HED Products c/o Winchester Cold Storage 605 North Loudon St. Winchester, VA 22601** | **Brittany Bates 540.662.4151 ext. 13 bbates@winchestercold. com** | **Closed 01.18.2019** | ■ No ☐ Yes |
| **HED Products c/o Ray West Warehouses 4801 Baldwin Blvd. Corpus Christi, TX 78403** | **Richard del los Santos 361.884.5595 richard@westwarehouse s.com** | **Closed 06.29.2018** | ■ No ☐ Yes |
| **HED Products c/o Inland Transport 3210 Friendly Ave. Orlando, FL 32808** | **Danny Polyakov 407.858.3039 danny@inlandtransportin c.com** | **Closed 06.29.2018** | ■ No ☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

Debtor    **HED Products, LLC**                                    Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.    **HEC Innovations** **118 N. Peters Rd.,#132** **Knoxville, TN 37923** | **Distributor** | EIN:    46-3965841 From-To    2013 - ?? |
| 25.2.    **HED Innovations** **118 N. Peters Rd., #132** **Knoxville, TN 37923** | **Distributor** | EIN:    46-3957107 From-To    2013 - ?? |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Pinkstaff, Simpson, Hall & Headrisk, PC** **8858 Cedar Springs Lane** **Suite 5000** **Knoxville, TN 37923** | **2013 - 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **HMM Int'l DMCC** **P.O. Box 448154** **UAE** | **October 2017** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Kevin McCready, Secretary** **118 N. Peters Road #132** **Knoxville, TN 37923** | **2013 - 2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

---

| Debtor | **HED Products, LLC** | Case number *(if known)* |
|---|---|---|

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Syspro Software USA**<br>**959 South Coast Dr.**<br>**Costa Mesa, CA 92626** | |
| 26c.2.  **Block One Technologies**<br>**420 Linden St.**<br>**Fort Collins, CO 80524** | |
| 26c.3.  **Kevin McCready c/o HED**<br>**118 N. Peters Rd., #132**<br>**Knoxville, TN 37923** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **Misc** | **02.04.2019** | **Cycle 01:**<br>**$519,697.78**<br>**Itemized list will be provided upon request** |
| **Name and address of the person who has possession of inventory records**<br>****UNKNOWN VENDOR!!** | | |
| 27.2.  **Misc.** | **02.04.2019** | **Cycle 02:**<br>**$18,052.93**<br>**Itemized list will be provided upon request** |
| **Name and address of the person who has possession of inventory records**<br>****UNKNOWN VENDOR!!** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Jansheski** | **118 N. Peters Rd., #132**<br>**Knoxville, TN 37923** | **CEO** | **0** |

Debtor   **HED Products, LLC**                                     Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin McCready | 7131 Ashburton Dr. Knoxville, TN 37909 | Secretary | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Starboard Florida XI, LLC | 118 N. Peters Rd., #132 Knoxville, TN 37923 | Member | 85 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| HMM Int'l DMCC | P.O. Box 448154 UAE | Member | 13 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Elliott Jansheski | Irrevocable Trust 2014 P.O. Box 31408 Knoxville, TN 37930 | Member | 1 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Slaon Francis Jansheski | Irrevocable Trust 2014 Knoxville, TN 37930 | Member | 1 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Les Shankle | 6694 Morganton Rd. Greenback, TN 37742 | President | 2018-2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 . | John Jansheski 118 N. Peters Rd., #132 Knoxville, TN 37923 | 11,106.00 | 3.11.18 - 3.09.19 | Wages |
| | Relationship to debtor CEO | | | |

Debtor    **HED Products, LLC**                                        Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Starboard Advisors**<br>**118 N. Peters Road**<br>**Knoxville, TN 37923** | **120,406.00** | **March 2018 - February 2019** | **Rent & Management Fee** |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  9, 2019**

**/s/ Kevin McCready**                               **Kevin McCready**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Corporate Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of Tennessee

In re    **HED Products, LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **March  9, 2019**

**/s/ Kevin McCready**
**Kevin McCready/Corporate Secretary**
Signer/Title

Date:    **March  9, 2019**

**/s/ Ryan E. Jarrard**
Signature of Attorney
**Ryan E. Jarrard 024525**
**Quist, Fitzpatrick & Jarrard, PLLC**
**2121 First Tennessee Plaza**
**800 South Gay Street**
**Knoxville, TN 37929-9711**
**(865) 524-1873   Fax: (865) 525-2440**

7 Eleven Inc
3200 Hackberry Road
Irving, TX 75063

Adams Beverages, Inc.
508 Walker Street
Opelika, AL 36801

Allen Distribution
PO Box 62
Plainfield, PA 17081

Aries Global Logistics
365 Franklin Ave
Plainfield, PA 17081

BAMA Budweiser of Montgomery
1700 Emory Folmar Blvd.

Bama Budweiser of Shelby County
Harpersville, AL 35078


BB&T Bank
P.O. Box 200
Wilson, NC 27894

Block One Technologies
420 Linden St.
Fort Collins, CO 80524

BlueCross BlueShield of Tennessee
1 Cameron Hill Circle
Chattanooga, TN 37402-0001

Bradford Global Logistics
720 North Post Oak Rd., Ste. 430
Houston, TX 77024

Bud of Chattanooga
200 Shearer St.
Soddy Daisy, TN 37379

Bud of Clarksville
2059 Wilma Rudolph Blvd.
Clarksville, TN 37040

Bud of Cookeville
3353 A Enterprise Drive
Cookeville, TN 38502

Bud of Hopkinsville
307 Sequoya Dr.
Hopkinsville, KY 42240

Business Machines Company
P.O. Box 51783
Knoxville, TN 37950

Convienient Care Plus
17445 Arbor Streer
Omaha, NE 68130

Cousins Logistics
P.O. Box 150305
Ogden, UT 84415

Cumberland Gap Distributors
1324 Cumberland Avenue
Middlesboro, KY 40965

Diverisfied Contractors
3350 Ball St.
Birmingham, AL 35234

Diversified Label
Birmingham, AL 35211

Ez Stop Food Marts
Dept Ch. PO Box 10306
Maryville, TN 37802

FedEx Freight Department CH
P.O. Box 10306
Palatine, IL 60055-0306

Gate Petroleum Company
9540 San jose Blvd
Jacksonville, FL 32257

Goggin Warehousing
P.O. Box 2153
Shelbyville, TN 37162

Graphic Creations
Knoxville, TN 37917

HMM Int'l DMCC
P.O. Box 448154
UAE

Hollingworth Oil Company
1503 Memorial Blvd.
Springfield, TN 37172

Horizon 7 Eleven Locations
Dallas, TX 75320

HT Hackney Company
PO Box 489
Lenoir City, TN 37771

Jack Hilliard Distributing
1000 Independence
Bryan, TX 77803

Jams, Inc.
PO Box 845402
Los Angeles, CA 90084

John Jansheski
118 N. Peters Rd., #132
Knoxville, TN 37923

Kenjo Markets Inc.
PO Box 4848
Maryville, TN 37802

Keystone Solutions
3855 Ocoee St. N Floor 4
Knoxville, TN 37912

Mapco Express Inc.
801 Cresent Centre Suite 300
Franklin, TN 37067

Masterpiece International
39 Broadway Suite 1410
New York, NY 10006

Moses & Singer, LLP
405 Lexington Ave.
New York, NY 10174

National Custom Printing
PO Box 24242
Knoxville, TN 37933

Newcomb Oil Co.
951 Withrow Ct.
Bardstown, KY 40004

North Georgia Distributing
3 Villa Drive
Rome, GA 30165

Oasis Outsourcing
2054 Vista Parkway, Ste. 300
West Palm Beach, FL 33411

Pilot Travel Centers
P.O. Box 10146
Knoxville, TN 37939

Pinpoint Warehousing Inc.
701 Lawton Rd.
Charlotte, NC 28216

Regal Logistics
6500 26th Street East
Fife, WA 98424

Saia Motor Freight Line
11465 Johns Creek Parkway Suite 400
Duluth, GA 30097

Starboard Florida XI, LLC
118 N. Peters Rd. #132
Knoxville, TN 37923

Sudden Service

Syspro Software USA
959 South Coast Drive
Costa Mesa, CA 92626

Tarver Distributing Co., Inc.
8360 Hiawassee St.
Charleston, TN 37310

TCM Bank, N.A.
P.O. Box 31418
Tampa, FL 33631

Thortons Inc.
2600 James Thornton Way
Louisville, KY 40245

TIS Insurance Services, Inc.
1900 N. Winston Rd., Ste. 100
Knoxville, TN 37919

Travelers
PO Box 660317
Dallas, TX 75266

Tri-Star Energy, LLC
1740 Ed Temple Blvd
Nashville, TN 37208

TSG Reporting, Inc.
PO Box 95568
Grapevine, TX 76099

Vermonr Information Processing
402 Watertower Circle
Colchester, VT 05446

Visa
Card Member Services
PO Box 6354
Fargo, ND 58125

WCS Logistics
605 North Loudon St.
Winchester, VA 22604

Weigels Stores, Inc.
PO Box 650
Powell, TN 37849

Wex Bank Fleet Advantage
P.O. Box 6293
Carol Stream, IL 60197

Woodica-Devine
25625 Southfield Rd.
Southfield, MI 48075

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **HED Products, LLC** _____    Case No. _____

                              Debtor(s)                    Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **HED Products, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  9, 2019** _____        **/s/ Ryan E. Jarrard** _____
Date                                              **Ryan E. Jarrard 024525**
                                                   Signature of Attorney or Litigant
                                                   Counsel for    **HED Products, LLC** _____
                                                   **Quist, Fitzpatrick & Jarrard, PLLC**
                                                   **2121 First Tennessee Plaza**
                                                   **800 South Gay Street**
                                                   **Knoxville, TN 37929-9711**
                                                   **(865) 524-1873 Fax:(865) 525-2440**
                                                   **rej@qcflaw.com**