**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| In re: HED PRODUCTS, LLC | § § § § | Case No. 3:19-bk-30680-SHB |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      W. Grey Steed, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $7,137.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $412,655.87 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $63,784.42 | |

      3) Total gross receipts of $476,440.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $476,440.29 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $12,278,354.00 | $34,126.58 | $16,974.50 | $16,974.50 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $63,784.42 | $63,784.42 | $63,784.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $10,416.10 | $10,416.10 | $10,416.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,422,314.80 | $14,190,988.38 | $14,190,988.38 | $385,265.27 |
| **TOTAL DISBURSEMENTS** | $14,700,668.80 | $14,299,315.48 | $14,282,163.40 | $476,440.29 |

4) This case was originally filed under chapter 7 on 03/09/2019. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2021      By: /s/ W. Grey Steed
                               Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $78,722.04. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $31,499.57 |
| Checking Account at BB&T, xxxxxx6486 | 1129-000 | $82,408.37 |
| Finished goods: perisnaDie Liquidator offer: 23,000.00, unknown, Net Book Value: $350,200.00, Valuation Method: cost + f | 1129-000 | $11,520.00 |
| Other inventory or supplies: Mechandising items, Net Book Value: $14,000.00 | 1129-000 | $7,066.28 |
| Preference Recovered from Starboard Advisors, LLC | 1141-000 | $115,406.00 |
| Preference Transfer to Starboard Florida XII, LLC | 1141-000 | $228,540.07 |
| **TOTAL GROSS RECEIPTS** | | **$476,440.29** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | REGAL WEST CORPORATION | 4210-000 | NA | $17,152.08 | $0.00 | $0.00 |
| 10 | Goggin Warehousing, LLC | 4210-000 | NA | $0.00 | $0.00 | $0.00 |
| SECURED | Goggin Warehouse, LLC | 4220-000 | NA | $16,974.50 | $16,974.50 | $16,974.50 |
| N/F | Starboard Florida XI, LLC | 4210-000 | $12,278,354.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$12,278,354.00** | **$34,126.58** | **$16,974.50** | **$16,974.50** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - W. Grey Steed | 2100-000 | NA | $20,193.09 | $20,193.09 | $20,193.09 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $362.00 | $362.00 | $362.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $1,322.38 | $1,322.38 | $1,322.38 |
| Other State or Local Taxes (post-petition) - TENNESSEE DEPARTMENT OF REVENUE | 2820-000 | NA | $658.00 | $658.00 | $658.00 |
| Other Chapter 7 Administrative Expenses - SYSPRO USA | 2990-000 | NA | $4,200.00 | $4,200.00 | $4,200.00 |
| Attorney for Trustee Fees (Other Firm) - BRENDA G. BROOKS, ATTORNEY | 3210-000 | NA | $29,066.50 | $29,066.50 | $29,066.50 |
| Attorney for Trustee Expenses (Other Firm) - BRENDA G. BROOKS, ATTORNEY | 3220-000 | NA | $512.45 | $512.45 | $512.45 |
| Accountant for Trustee Fees (Other Firm) - PINKSTAFF, SIMPSON & HEADRICK CPAS | 3410-000 | NA | $7,470.00 | $7,470.00 | $7,470.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$63,784.42** | **$63,784.42** | **$63,784.42** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Internal Revenue Service Centralized Insolvency Operation | 5800-000 | NA | $9,600.14 | $9,600.14 | $9,600.14 |
| 16P | Francise Tax Board | 5800-000 | NA | $815.96 | $815.96 | $815.96 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $10,416.10 | $10,416.10 | $10,416.10 |

UST Form 101-7-TDR ( 10 /1/2010)

## **EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FedEx Corporate Services Inc. offi FedEx Express Ground Freight | 7100-000 | $1,110.41 | $1,110.41 | $1,110.41 | $30.16 |
| 3 | Starboard Florida XI LLC c/o ED Shipe, P.C. | 7100-000 | $1,545,103.03 | $13,806,208.00 | $13,806,208.00 | $374,963.11 |
| 4 | National Custom Printing | 7100-000 | $190.36 | $190.36 | $190.36 | $5.17 |
| 5 | Saia Motor Freigth Line Inc. | 7100-000 | $3,392.22 | $2,687.21 | $2,687.21 | $72.98 |
| 6 | Pilot Travel Centers | 7100-000 | $11,316.16 | $909.05 | $909.05 | $24.69 |
| 7 | MAPCO Express, Inc. | 7100-000 | $58,969.26 | $87,200.10 | $87,200.10 | $2,368.27 |
| 9 | Budweiser of Clarksville | 7100-000 | NA | $32,389.50 | $32,389.50 | $879.67 |
| 11 | TIS Insurance Services, Inc. | 7100-000 | NA | $3,382.43 | $3,382.43 | $91.86 |
| 12 | Tri Star Energy, LLC c/o Austin McMullen Bradley Arant Boult Cummings, LLP | 7100-000 | $34,191.91 | $34,191.91 | $34,191.91 | $928.62 |
| 13 | HMM International DMCC and Hype-IP, Ltd. c/o J. Michael Winchester, Esq. | 7100-000 | $150,027.29 | $217,266.41 | $217,266.41 | $5,900.74 |
| 14 | Goggin Warehousing | 7200-000 | $2,559.50 | $0.00 | $0.00 | $0.00 |
| 15 | Bradford Warehouses, LTD | 7200-000 | NA | $5,389.00 | $5,389.00 | $0.00 |
| 16U | Francise Tax Board | 7300-000 | NA | $64.00 | $64.00 | $0.00 |
| N/F | 7 Eleven Inc | 7100-000 | $4,996.83 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Adams Beverages, Inc. | 7100-000 | $1,667.76 | NA | NA | NA |
| N/F | Allen Distribution | 7100-000 | $625.69 | NA | NA | NA |
| N/F | Aries Global Logistics | 7100-000 | $39,114.83 | NA | NA | NA |
| N/F | BAMA Budweiser of Montgomery | 7100-000 | $361.70 | NA | NA | NA |
| N/F | Bama Budweiser of Shelby County | 7100-000 | $2,458.50 | NA | NA | NA |
| N/F | Block One Technologies | 7100-000 | $4,800.00 | NA | NA | NA |
| N/F | Bradford Global Logistics | 7100-000 | $1,346.00 | NA | NA | NA |
| N/F | Bud of Chattanooga | 7100-000 | $115.00 | NA | NA | NA |
| N/F | Bud of Cookeville | 7100-000 | $20.00 | NA | NA | NA |
| N/F | Bud of Hopkinsville | 7100-000 | $35.00 | NA | NA | NA |
| N/F | Convienient Care Plus | 7100-000 | $125.00 | NA | NA | NA |
| N/F | Cousins Logistics | 7100-000 | $1,196.00 | NA | NA | NA |
| N/F | Cumberland Gap Distributors | 7100-000 | $843.71 | NA | NA | NA |
| N/F | Diverisfied Contractors | 7100-000 | $1,622.00 | NA | NA | NA |
| N/F | Diversified Label | 7100-000 | $1,961.60 | NA | NA | NA |
| N/F | Ez Stop Food Marts | 7100-000 | $668.80 | NA | NA | NA |
| N/F | FedEx Freight Department CH | 7100-000 | $1,110.41 | NA | NA | NA |
| N/F | Gate Petroleum Company | 7100-000 | $616.68 | NA | NA | NA |
| N/F | Graphic Creations | 7100-000 | $418.98 | NA | NA | NA |
| N/F | HT Hackney Company | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Hollingworth Oil Company | 7100-000 | $7,446.02 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Horizon 7 Eleven Locations | 7100-000 | $13,198.09 | NA | NA | NA |
| N/F | Jack Hilliard Distributing | 7100-000 | $1,623.04 | NA | NA | NA |
| N/F | Jams, Inc. | 7100-000 | $31,416.00 | NA | NA | NA |
| N/F | John Jansheski | 7100-000 | $259.61 | NA | NA | NA |
| N/F | Kenjo Markets Inc. | 7100-000 | $1,285.38 | NA | NA | NA |
| N/F | Keystone Solutions | 7100-000 | $934.68 | NA | NA | NA |
| N/F | Masterpiece International | 7100-000 | $22,910.10 | NA | NA | NA |
| N/F | Moses & Singer, LLP | 7100-000 | $398,653.18 | NA | NA | NA |
| N/F | Newcomb Oil Co. | 7100-000 | $6,250.00 | NA | NA | NA |
| N/F | North Georgia Distributing | 7100-000 | $330.38 | NA | NA | NA |
| N/F | Pinpoint Warehousing Inc. | 7100-000 | $835.63 | NA | NA | NA |
| N/F | Regal Logistics | 7100-000 | $12,700.03 | NA | NA | NA |
| N/F | Sudden Service | 7100-000 | NA | NA | NA | NA |
| N/F | Syspro Software USA | 7100-000 | $1,320.00 | NA | NA | NA |
| N/F | TCM Bank, N.A. | 7100-000 | $1.00 | NA | NA | NA |
| N/F | TSG Reporting, Inc. | 7100-000 | $19,060.40 | NA | NA | NA |
| N/F | Tarver Distributing Co., Inc. | 7100-000 | $310.00 | NA | NA | NA |
| N/F | Thortons Inc. | 7100-000 | $12.75 | NA | NA | NA |
| N/F | Travelers | 7100-000 | $3,932.19 | NA | NA | NA |
| N/F | Vermonr Information Processing | 7100-000 | $1,320.00 | NA | NA | NA |
| N/F | Visa | 7100-000 | $717.43 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | WCS Logistics | 7100-000 | $41.60 | NA | NA | NA |
| N/F | Weigels Stores, Inc. | 7100-000 | $9,070.28 | NA | NA | NA |
| N/F | Wex Bank Fleet Advantage | 7100-000 | $8,511.12 | NA | NA | NA |
| N/F | Wex Bank Fleet Advantage | 7100-000 | $8,511.12 | NA | NA | NA |
| N/F | Woodica-Devine | 7100-000 | $400.14 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,422,314.80** | **$14,190,988.38** | **$14,190,988.38** | **$385,265.27** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 3:19-bk-30680-SHB | Trustee Name: | (620420) W. Grey Steed |
|---|---|---|---|
| Case Name: | HED PRODUCTS, LLC | Date Filed (f) or Converted (c): | 03/09/2019 (f) |
| | | § 341(a) Meeting Date: | 04/16/2019 |
| For Period Ending: | 01/15/2021 | Claims Bar Date: | 08/26/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at BB&T, xxxxxx6486 | 65,488.05 | 65,488.05 | | 82,408.37 | FA |
| 2 | A/R 90 days old or less. Face amount = $78,722.04. Doubtful/Uncollectible accounts = $0.00. | 78,722.04 | 78,722.04 | | 31,499.57 | FA |
| 3 | A/R Over 90 days old. Face amount = $7,123.00. Doubtful/Uncollectible accounts = $0.00. | 7,123.00 | 7,123.00 | | 0.00 | FA |
| 4 | Finished goods: perisnaDie Liquidator offer: 23,000.00, unknown, Net Book Value: $350,200.00, Valuation Method: cost + freight | 350,200.00 | 350,200.00 | | 11,520.00 | FA |
| 5 | Other inventory or supplies: Mechandising items, Net Book Value: $14,000.00 | 14,000.00 | 14,000.00 | | 7,066.28 | FA |
| 6 | Kyocera TA3051 copier, Kyocera TA2551 copier, iPhones. | 14.00 | 14.00 | | 0.00 | FA |
| 7 | #46 Spare truck body. | Unknown | Unknown | | 0.00 | FA |
| 8 | Internet Domain Names<br>(Pledged by contract to HMM) usahype.com hypeenergy.us ushype.info ushype.com hypeenergyusa.com hypenation.com hype-studios.com hypestudiO.com hype-studio.com. | Unknown | Unknown | | 0.00 | FA |
| 9 | Trademark, License and Distribution Agreement 12.24.2013 HMM International DMCC and HYPE-IP, Ltd.. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2013 Asset Acquisition Goodwill. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | HMM International DMCC, Interference with rights under TLDA.<br>Amount Requested $50,000,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 12* | Preference Transfer to Starboard Florida XII, LLC<br>PREFERENCE RECOVERED 228540.07 (See Footnote) | 228,540.07 | 0.00 | | 228,540.07 | FA |
| 13* | Preference Recovered from Starboard Advisors, LLC (See Footnote) | 120,406.00 | 0.00 | | 115,406.00 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$864,493.16** | **$515,547.09** | | **$476,440.29** | **$0.00** |

RE PROP# 12    FUNDS RECOVERED FROM PREFERENCE

RE PROP# 13    PREFERENCE RECOVERED FROM STARBOARD ADVISORS

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 3:19-bk-30680-SHB | **Trustee Name:** (620420) W. Grey Steed |
| **Case Name:** HED PRODUCTS, LLC | **Date Filed (f) or Converted (c):** 03/09/2019 (f) |
| | **§ 341(a) Meeting Date:** 04/16/2019 |
| **For Period Ending:** 01/15/2021 | **Claims Bar Date:** 08/26/2019 |

**Major Activities Affecting Case Closing:**

trying to sell inventory
will look at pursuing potential preferences
have collected around 120k to date
new sale to Wham at a discount, product expiration date a problem 11/2019
will abandon product in Charleston warehouse 12/3/19 Brenda to file
The status of the investigation of the transfers listed in response to questions 3 and 4 of the Statement of Financial Affairs of HED Products LLC is as follows:

   While in operation, HED Products maintained a license for SYSPRO accounting and business management software to create, maintain and store virtually all financial information. In order to access the HED Products financial information and administer the bankruptcy estate, the Estate obtained an Order authorizing the estate to reinstate the license with SYSPRO. Payment to and reactivation of the SYSPRO account occurred in October 2019. On May 17, 2019, Starboard XI, LLC filed Claim No.3, as a secured claim in the amount of $13,806.208, asserting a blanket security interest in all debtor assets including all Estate deposits on hand. On July 16, 2019, the Estate and Starboard XI, LLC entered into an Agreed Order [Doc. 83J that Claim No. 3 shall be classified and treated as an unsecured claim. Now that Starboard XI blanket lien claim will be treated as unsecured and the Estate has access to the debtor's financial records, the investigation of the transfers listed in response to questions 3 and 4 of the Statement of Financial Affairs can proceed.

9/10/20  TFR submitted, docketed then withdrawn after creditor objected to Trustee fee;
10/07/20  Amended TFR submitted to analyst

   The following Transfers will not be pursued: 3.1 Goggin Warehouse - claimant possesses a statutory warehouse lien and has provided new value, and 3.5 - K. Ray Pinkstaff claimant provided contemporaneous, new value in the form of ongoing services in exchange for payments and agreed to waive any fees and expense reimbursements that are due to the firm by the debtor.  12/15/2019
compromise with preference creditor on turnover of 343946.07 trustee to reduce compensation on preference amount to 3% on that preference
FILE TDR 1/13/2021

**Initial Projected Date Of Final Report (TFR):** 06/30/2020   **Current Projected Date Of Final Report (TFR):** 10/26/2020 (Actual)

| | |
|---|---|
| 01/15/2021 | /s/W. Grey Steed |
| Date | W. Grey Steed |

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 3:19-bk-30680-SHB | Trustee Name: | W. Grey Steed (620420) |
|---|---|---|---|
| Case Name: | HED PRODUCTS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***1384 | Account #: | ******4000 Checking |
| For Period Ending: | 01/15/2021 | Blanket Bond (per case limit): | $1,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/01/19 | {1} | HED PRODUCTS LLC | PROCEEDS FROM CLOSED BUSINESS ACCOUNT OF LLC | 1129-000 | 82,408.37 | | 82,408.37 |
| 05/01/19 | {2} | CUMBERLAND GAP DISTRIBUTORS | ACCOUNT RECEIVABLE | 1121-000 | 6,240.00 | | 88,648.37 |
| 05/01/19 | {2} | MEIJER | ACCOUNT RECEIVABLE PAYMENT | 1121-000 | 2,432.50 | | 91,080.87 |
| 05/01/19 | {2} | SHUFFLE BEAN LLC | ACCOUNTS RECEIVABLE | 1121-000 | 4,320.00 | | 95,400.87 |
| 05/01/19 | {2} | KINEXO | PAYMENT ON ACCOUNTS RECEIVABLE | 1121-000 | 8,658.57 | | 104,059.44 |
| 05/01/19 | {2} | KINEXO | PAYMENT ON ACCOUNTS RECEIVABLE | 1121-000 | 5,037.14 | | 109,096.58 |
| 05/01/19 | {2} | MEIJER | PAYMENT ON ACCOUNTS RECEIVABLE | 1121-000 | 4,614.50 | | 113,711.08 |
| 05/01/19 | {2} | MCCLANE COMPANY | PAYMENT ON ACCOUNTS RECEIVABLE | 1121-000 | 1.98 | | 113,713.06 |
| 05/01/19 | {2} | mcclane company | PAYMENT ON ACCOUNTS RECEIVABLE | 1121-000 | 194.88 | | 113,907.94 |
| 06/11/19 | {4} | Cumberland Gap Distributors | SALE OF PORTION OF INVENTORY APPROVED PER ORDER ENTERED 6/06/2019 (DOC #52) | 1129-000 | 8,640.00 | | 122,547.94 |
| 08/06/19 | 101 | Goggin Warehousing, LLC | PAYMENT OF WAREHOUSEMAN'S LIEN APPROVED PER ORDER ENTERED 8/22/19 (DOC #106) | 4220-000 | | 10,494.50 | 112,053.44 |
| 08/21/19 | {4} | CUMBERLAND GAP DISTRIBUTORS | SALE OF INVENTORY PER ORDER ENTERED 6/6/19 (DOC #52) | 1129-000 | 2,880.00 | | 114,933.44 |
| 08/21/19 | 102 | BRENDA G. BROOKS, ATTORNEY | PAYMENT OF ATTORNEY FEES APPROVED PER ORDER ENTERED 8/20/19 (Doc #104) | 3210-000 | | 15,439.00 | 99,494.44 |
| 08/21/19 | 103 | BRENDA G. BROOKS, ATTORNEY | PAYMENT OF ATTORNEY EXPENSES APPROVED PER ORDER ENTERED 8/20/19 (Doc #104) | 3220-000 | | 292.55 | 99,201.89 |
| 10/16/19 | | Transfer Debit to United Bank acct ********5490 | Transition Debit to United Bank acct XXXXXXXX5490 | 9999-000 | | 99,201.89 | 0.00 |

| | COLUMN TOTALS | | 125,427.94 | 125,427.94 | $0.00 |
|---|---|---|---|---|---|
| | Less: Bank Transfers/CDs | | 0.00 | 99,201.89 | |
| | Subtotal | | 125,427.94 | 26,226.05 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $125,427.94 | $26,226.05 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10/1/2010)    ! - transaction has not been cleared

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 3:19-bk-30680-SHB | Trustee Name: | W. Grey Steed (620420) |
|---|---|---|---|
| Case Name: | HED PRODUCTS, LLC | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***1384 | Account #: | ********5490 Checking Account |
| For Period Ending: | 01/15/2021 | Blanket Bond (per case limit): | $1,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/19 |  | Transfer Credit from Mechanics Bank acct ******4000 | Transition Credit from Mechanics Bank acct XXXXXX4000 | 9999-000 | 99,201.89 |  | 99,201.89 |
| 10/22/19 | 1000 | SYSPRO USA | SOFTWARE NEEDED FOR PREPARATION OF TAX RETURN OF DEBTOR; ORDER ENTERED 7/25/19 (DOC #90) TO REINSTATE SOFTWARE LICENSE | 2990-000 |  | 2,040.00 | 97,161.89 |
| 11/20/19 | 1001 | SYSPRO USA | MO. SUBSCRIPTION FOR SOFTWARE ACTIVATION APPROVED PER ORDER ENTERED 7/25/19 (DOC #90) Voided on 01/13/2020 | 2990-004 |  | 480.00 | 96,681.89 |
| 11/29/19 | {5} | WHAM FROZEN FOODS | PURCHASE OF PRODUCT INVENTORY PER ORDER ENTERED 6/6/19 (DOC #52) | 1129-000 | 7,200.00 |  | 103,881.89 |
| 12/05/19 |  | Transfer Credit to Metropolitan Commercial Bank acct ******5858 | Transition Credit to Metropolitan Commercial Bank acct XXXXXX5858 | 9999-000 | 103,881.89 |  | 207,763.78 |
| 12/05/19 |  | Transfer Debit to Metropolitan Commercial Bank | To correct Transfer Credit made on 12/5/2019 in error | 9999-000 | -103,881.89 |  | 103,881.89 |
| 12/06/19 |  | Transition transfer Debit | Transition transfer Debit | 9999-000 |  | 103,881.89 | 0.00 |
| 01/13/20 | 1001 | SYSPRO USA | MO. SUBSCRIPTION FOR SOFTWARE ACTIVATION APPROVED PER ORDER ENTERED 7/25/19 (DOC #90) Voided: check issued on 11/20/2019 | 2990-004 |  | -480.00 | 480.00 |
| 01/14/20 |  | W. GREY STEED, TRUSTEE | Check to move funds to Metropolitan Bank | 9999-000 |  | 480.00 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 106,401.89 | 106,401.89 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 99,201.89 | 104,361.89 |  |
|  |  | Subtotal |  |  | 7,200.00 | 2,040.00 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $7,200.00 | $2,040.00 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2   Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 3:19-bk-30680-SHB | Trustee Name: | W. Grey Steed (620420) |
| --- | --- | --- | --- |
| Case Name: | HED PRODUCTS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1384 | Account #: | ******5858 Checking Account |
| For Period Ending: | 01/15/2021 | Blanket Bond (per case limit): | $1,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/06/19 |  | Transfer Credit from United Bank acct ********5490 | Transition Credit from United Bank acct XXXXXXXX5490 | 9999-000 | 103,881.89 |  | 103,881.89 |
| 12/11/19 | 1102 | SYSPRO | INVOICE 254068 SOFTWARE FOR ACCOUNTING APPROVED PER ORDER ENTERED7/25/2019 (DOC #90) | 2990-000 |  | 240.00 | 103,641.89 |
| 01/09/20 | 1103 | SYSPRO USA | SOFTWARE FOR ACCOUNTING HED PRODUCTS LLC APPROVED PER ORDER ENTERED7/25/2019 (DOC #90) | 2990-000 |  | 240.00 | 103,401.89 |
| 01/10/20 | 1104 | BRENDA G. BROOKS, ATTORNEY | ATTORNEY FEES APPROVED PER ORDER ENTERED 1/08/2020 (DOC #156) | 3210-000 |  | 4,342.00 | 99,059.89 |
| 01/10/20 | 1105 | BRENDA G. BROOKS, ATTORNEY | ATTORNEY EXPENSES APPROVED PER ORDER ENTERED  1/08/2020 (DOC #156) | 3220-000 |  | 91.35 | 98,968.54 |
| 01/13/20 | 1106 | SYSPRO | ACCOUNTING SOFTWARE SUBSCRIPTION APPROVED PER ORDER ENTERED7/25/2019 (DOC #90) | 2990-000 |  | 480.00 | 98,488.54 |
| 01/16/20 | 1107 {5} | WHAM FROZEN FOODS INC | REFUND FOR INVENTORY NOT PICKED UP | 1129-000 | -720.00 |  | 97,768.54 |
| 01/17/20 |  | HED PRODUCTS LLC | TRANSFER OF FUNDS FROM PREVIOUS ACCOUNT | 9999-000 | 480.00 |  | 98,248.54 |
| 02/05/20 | 1108 | SYSPRO | MONTHLY SOFTWARE FEE FOR ACCOUNTING APPROVED PER ORDER ENTERED7/25/2019 (DOC #90) | 2990-000 |  | 240.00 | 98,008.54 |
| 02/24/20 | 1109 | Goggin Warehousing | STORAGE OF PRODUCT SOLD TO WHAM APPROVED PER ORDER ENTERED 2/07/20 (DOC #160) | 4220-000 |  | 6,480.00 | 91,528.54 |
| 03/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 73.14 | 91,455.40 |
| 04/13/20 | 1110 | W. Grey Steed | INTERIM DISTRIBUTION TRUSTEE FEE APPROVED PER ORDER ENTERED  4/10/20 (DOC #178) | 2100-000 |  | 6,000.00 | 85,455.40 |
| 04/17/20 | 1111 | SYSPRO USA | ACCOUNTING SOFTWARE MO. PAYMENT APPROVED PER ORDER ENTERED7/25/2019 (DOC #90) | 2990-000 |  | 240.00 | 85,215.40 |
| 04/27/20 | {5} | GOGGIN WAREHOUSING | COURT APPROVED SALE OF COOLERS TO WAREHOUSE APPROVED PER ORDER ENTERED 4/13/2020 (DOC #181) | 1129-000 | 500.00 |  | 85,715.40 |
| 04/29/20 | 1112 | BRENDA G. BROOKS, ATTORNEY | ATTORNEY FEES APPROVED 4/28/20 (DOC #184) | 3210-000 |  | 4,139.50 | 81,575.90 |
| 04/29/20 | 1113 | BRENDA G. BROOKS, ATTORNEY | ATTORNEY EXPENSES APPROVED PER ORDER ENTERED 4/27/2020 (DOC #184) | 3220-000 |  | 48.10 | 81,527.80 |
| 04/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 141.10 | 81,386.70 |
| 05/29/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 126.86 | 81,259.84 |
| 06/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 138.54 | 81,121.30 |
| 07/28/20 | {12} | BROCK PLC | PAYMENT OF PREFERENCE OF STARBOARD FLORIDA XII, LLC | 1141-000 | 228,540.07 |  | 309,661.37 |

Page Subtotals:   $332,681.96   $23,020.59

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 3:19-bk-30680-SHB | Trustee Name: | W. Grey Steed (620420) |
|---|---|---|---|
| Case Name: | HED PRODUCTS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1384 | Account #: | ******5858 Checking Account |
| For Period Ending: | 01/15/2021 | Blanket Bond (per case limit): | $1,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/28/20 | {13} | BROCK PLC | PAYMENT OF PREFERENCE FROM STARBOARD ADVISORS | 1141-000 | 115,406.00 | | 425,067.37 |
| 07/31/20 | 1114 | SYSPRO USA | FINAL INVOICE PYMT FOR SOFTWARE LICENSING APPROVED PER ORDER ENTERED7/25/2019 (DOC #90) | 2990-000 | | 720.00 | 424,347.37 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 188.95 | 424,158.42 |
| 08/03/20 | 1115 | Office Of The Clerk | DEFERRED FILING FEES, ,DOC #38 ($181) & DOC #98 ($181) | 2700-000 | | 362.00 | 423,796.42 |
| 08/12/20 | {5} | MCLANE COMPANY | DEPOSIT REFUND FROM INVENTORY SALES | 1129-000 | 86.28 | | 423,882.70 |
| 08/19/20 | | TENNESSEE DEPARTMENT OF REVENUE | TN STATE REVENUE TN TAP 200818 CCD APPROVED PER ORDER ENTERED 8/14/2020 (DOC #219) | 2820-000 | | 658.00 | 423,224.70 |
| 08/24/20 | 1116 | BRENDA G. BROOKS, ATTORNEY | ATTORNEY FEES (FINAL) APPROVED PER ORDER ENTERED 8/21/220 (DOC #222) | 3210-000 | | 5,146.00 | 418,078.70 |
| 08/24/20 | 1117 | BRENDA G. BROOKS, ATTORNEY | ATTORNEY EXPENSES (FINAL) APPROVED PER ORDER ENTERED 8/21/220 (DOC #222) | 3220-000 | | 80.45 | 417,998.25 |
| 08/24/20 | 1118 | PINKSTAFF, SIMPSON & HEADRICK CPAS | ACCOUNTANT FEES APPROVED PER ORDER ENTERED 8/21/220 (DOC #223) | 3410-000 | | 7,470.00 | 410,528.25 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 653.79 | 409,874.46 |
| 11/20/20 | 1119 | W. Grey Steed | Distribution payment - Dividend paid at 70.29% of $20,193.09; Claim # FEE; Filed: $20,193.09 | 2100-000 | | 14,193.09 | 395,681.37 |
| 11/20/20 | 1120 | Internal Revenue Service Centralized Insolvency Operation | Distribution payment - Dividend paid at 100.00% of $9,600.14; Claim # 8; Filed: $9,600.14 | 5800-000 | | 9,600.14 | 386,081.23 |
| 11/20/20 | 1121 | Francise Tax Board | Distribution payment - Dividend paid at 100.00% of $815.96; Claim # 16P; Filed: $815.96 | 5800-000 | | 815.96 | 385,265.27 |
| 11/20/20 | 1122 | FedEx Corporate Services Inc. offi FedEx Express Ground Freight | Distribution payment - Dividend paid at 2.72% of $1,110.41; Claim # 1; Filed: $1,110.41 | 7100-000 | | 30.16 | 385,235.11 |
| 11/20/20 | 1123 | Starboard Florida XI LLC c/o ED Shipe, P.C. | Distribution payment - Dividend paid at 2.72% of $13,806,208.00; Claim # 3; Filed: $13,806,208.00 | 7100-000 | | 374,963.11 | 10,272.00 |
| 11/20/20 | 1124 | National Custom Printing | Distribution payment - Dividend paid at 2.72% of $190.36; Claim # 4; Filed: $190.36 | 7100-000 | | 5.17 | 10,266.83 |
| 11/20/20 | 1125 | Saia Motor Freigth Line Inc. | Distribution payment - Dividend paid at 2.72% of $2,687.21; Claim # 5; Filed: $2,687.21 | 7100-000 | | 72.98 | 10,193.85 |
| 11/20/20 | 1126 | Pilot Travel Centers | Distribution payment - Dividend paid at 2.72% of $909.05; Claim # 6; Filed: $909.05 | 7100-000 | | 24.69 | 10,169.16 |
| 11/20/20 | 1127 | MAPCO Express, Inc. | Distribution payment - Dividend paid at 2.72% of $87,200.10; Claim # 7; Filed: $87,200.10 | 7100-000 | | 2,368.27 | 7,800.89 |
| 11/20/20 | 1128 | Budweiser of Clarksville | Distribution payment - Dividend paid at 2.72% of $32,389.50; Claim # 9; Filed: $32,389.50 | 7100-000 | | 879.67 | 6,921.22 |

Page Subtotals:    $115,492.28    $418,232.43

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 3:19-bk-30680-SHB | Trustee Name: | W. Grey Steed (620420) |
|---|---|---|---|
| Case Name: | HED PRODUCTS, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1384 | Account #: | ******5858 Checking Account |
| For Period Ending: | 01/15/2021 | Blanket Bond (per case limit): | $1,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/20 | 1129 | TIS Insurance Services, Inc. | Distribution payment - Dividend paid at 2.72% of $3,382.43; Claim # 11; Filed: $3,382.43 | 7100-000 |  | 91.86 | 6,829.36 |
| 11/20/20 | 1130 | Tri Star Energy, LLC c/o Austin McMullen Bradley Arant Boult Cummings, LLP | Distribution payment - Dividend paid at 2.72% of $34,191.91; Claim # 12; Filed: $34,191.91 | 7100-000 |  | 928.62 | 5,900.74 |
| 11/20/20 | 1131 | HMM International DMCC and Hype-IP, Ltd. c/o J. Michael Winchester, Esq. | Distribution payment - Dividend paid at 2.72% of $217,266.41; Claim # 13; Filed: $217,266.41 | 7100-000 |  | 5,900.74 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 448,174.24 | 448,174.24 | $0.00 |
| Less: Bank Transfers/CDs | 104,361.89 | 0.00 |  |
| Subtotal | 343,812.35 | 448,174.24 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| NET Receipts / Disbursements | $343,812.35 | $448,174.24 |  |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 3:19-bk-30680-SHB | | **Trustee Name:** | W. Grey Steed (620420) |
| **Case Name:** | HED PRODUCTS, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1384 | | **Account #:** | ******5858 Checking Account |
| **For Period Ending:** | 01/15/2021 | | **Blanket Bond (per case limit):** | $1,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $476,440.29 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $476,440.29 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4000 Checking | $125,427.94 | $26,226.05 | $0.00 |
| ********5490 Checking Account | $7,200.00 | $2,040.00 | $0.00 |
| ******5858 Checking Account | $343,812.35 | $448,174.24 | $0.00 |
| | **$476,440.29** | **$476,440.29** | **$0.00** |

01/15/2021
Date

/s/W. Grey Steed
W. Grey Steed

UST Form 101-7-TDR (10 /1/2010)